FILED

06/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0416

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0416

_____

ANNELIES AIKING-TAYLOR,

     Plaintiff and Appellant,

  v.                                  O R D E R

OLIVER SERANG,

     Defendant and Appellee.

_____

     Pursuant to Appellee's motion for an extension of time to respond to the Petition for Rehearing, and good cause therefore,

     IT IS ORDERED that Appellant has until June 29, 2021, within which to file his response.

     No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 16 2021